# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRENDA ANDINO,

    Plaintiff,

vs.                                        CASE NO. 6:11-CV-58-ORL-19GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22, filed February 15, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 22) is **ADOPTED and AFFIRMED.** The final decision of the Commissioner is **REVERSED** pursuant to sentence four of Section 405(g). This case is **REMANDED** for further proceedings, and the Clerk of Court is **DIRECTED** to enter judgment in favor of Claimant and to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___121th___ day of March, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record