UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA ANDINO,

          Plaintiff,

-vs-                                                    Case No. 6:11-cv-58-Orl-19GJK

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 32) filed March 10, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 7, 2014 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 32) is **GRANTED**.

    3.    Richard A. Culbertson is authorized to charge and collect from Plaintiff the sum of $671.33 in attorney's fees.

DONE and ORDERED in Chambers, Orlando, Florida this 2nd day of May, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record